Roopali H. Desai (024295)
D. Andrew Gaona (028414)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
F: (602) 224-6020
rdesai@cblawyers.com
agaona@cblawyers.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ella Mae Hammack; James Allen; Kathy Allen; Donald Winant; Marilyn Winant; and Brenda Tress,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Scottsdale Healthcare Hospitals d/b/a HonorHealth Deer Valley Medical Center f/k/a John C. Lincoln Deer Valley Hospital,<br><br>　　　　　　Defendant. | No. CV-19-01890-PHX-MTL<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE** |

The parties stipulate to the dismissal of this matter with prejudice, each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED this 15th day of June, 2020.

**COPPERSMITH BROCKELMAN PLC**

By  s/ D. Andrew Gaona
　　　Roopali H. Desai
　　　D. Andrew Gaona

*Attorneys for Defendant*

{00501043.1 }

**EISENBERG & BAUM, LLP**

By  s/ Andrew Rozynski (w/ permission)
    Eric Baum
    Andrew Rozynski
    24 Union Square East, 4th Floor
    New York, NY 10003

**BASKIN RICHARDS PLC**
    William A. Richards
    Peter A. Silverman
    Austin J. Miller
    2901 North Central Avenue, Suite 1150
    Phoenix, Arizona 85012

*Attorneys for Plaintiffs*