# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ella Mae Hammack, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Scottsdale Healthcare Hospitals,<br><br>Defendant. | No. CV-19-01890-PHX-MTL<br><br>**ORDER** |

Pursuant to the Stipulation to Dismissal With Prejudice (Doc. 33), and good cause appearing,

**IT IS ORDERED granting** the Stipulation to Dismissal With Prejudice (Doc. 33) and dismissing this case, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

Dated this 15th day of June, 2020.

Michael T. Liburdi
United States District Judge